Opinion issued March 31, 2011

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-01117-CV

———————————

CARY JUBY,
ALLYSSA JUBY, COUPLAND RECOVERY SYSTEMS, LLC AND JM WASTE TECH, LLC, Appellants

V.

SOUTHWASTE DISPOSAL, LLC, Appellee



 



 

On Appeal from the 334th District Court 

Harris County, Texas



Trial Court Cause No. 2010-16201

 



MEMORANDUM OPINION

Appellant has filed a motion to dismiss the
appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Chief
Justice Radack and Justices Bland and Brown.